THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM KEATING et al., Appellants, *v.* THEODORE A. BINGHAM, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Keating* v. *Bingham*, 138 App. Div. 736, appeal dismissed.
(Submitted November 15, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 3, 1910, which dismissed a writ of certiorari and affirmed the

proceedings of the defendant in revoking the engineer's certificates of the relators.

*Edwin P. Kilroe* for appellants.

*Archibald R. Watson, Corporation Counsel (Theodore Connoly* and *Harry Crone* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.